**EDELSTEIN & GROSSMAN**
Attorneys at Law
501 Fifth Avenue, Suite 514
New York, NY 10007
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com

DOC #: _____
DATE FILED: 2/7/2020

MEMO ENDORSED

2/7/2020 January 24, 2020

**VIA ELECTRONIC CASE FILING**
Hon. Colleen McMahon, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

So Ordered — Sentencing transcript unsealed for the limited purpose of providing a copy to Appellate Counsel.

/s/ Colleen McMahon

Re: **United States v. Cain, 14-CR-451 (CM)**

Your Honor:

    I respectfully write, on behalf of defendant Robert Cain, to request that the Court unseal the transcript of the October 21, 2019 resentencing hearing for purposes of appeal.

    I have been appointed as Mr. Cain's CJA counsel on appeal from the resentencing – a copy of the order assigning me as counsel is attached. In furtherance of my duties as appellate counsel, I ordered the resentencing transcript from Southern District Reporters, but was informed that "the date is sealed" and that an unsealing order would be necessary to release the transcript. Accordingly, I respectfully request that the October 21, 2019 transcript be unsealed for purposes of appeal only.

    I have advised the government of my intent to make this application, and counsel for the government advises that it has no objection to the relief requested.

    Thank you for your consideration in this matter

Sincerely,

Jonathan I. Edelstein

cc:    All Counsel (Via ECF)